# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

PAUL R. JAMES, JR.,

        Plaintiff,

   v.

OFFICER LOUTZENHISER, OFFICER TRAINNER, and OFFICER CARRAGE,

   Defendants.

Case No. 3:25-cv-00112-SLG

PAUL R. JAMES, JR.,

        Plaintiff,

   v.

ADMINISTRATOR FLOWERDEW,

   Defendant.

Case No. 3:25-cv-000130-SLG

## ORDER OF DISMISSAL

Pending before the Court are the two above-captioned cases filed by self-represented prisoner, Paul R. James, Jr. ("Plaintiff"). The Court previously denied Plaintiff's motions to proceed without prepaying the filing fee in each case because Plaintiff has accumulated at least three strikes, and he failed to demonstrate he meets the imminent danger exception that would allow him to proceed on his claims in either case without prepaying the full filing fee.[1] On January 2, 2026, the Ninth Circuit Court of Appeals affirmed the Court's order denying Plaintiff's motion

---

[1] Case No. 3:25-cv-00112-SLG ("Case 112"), Docket 3. For ease of reference, citations to the Court's combined screening order in this order refer to the docket entries in Case No. 112.

to proceed without prepaying the filing fee in each case.[2]

On February 4, 2026, the Court notified Plaintiff that he must pay the full $405.00 filing fee and file an amended complaint that revises his claims to address the deficiencies that had been identified to him within 30 days of the date of that order.[3] To date, Plaintiff has not taken any action or contact the Court. Therefore, each of these actions must be dismissed.

IT IS THEREFORE ORDERED:

1.    Each of these cases is **DISMISSED.**

2.    All pending motions in each case are **DENIED.**

3.    These dismissal count as an additional **STRIKES**.

4.    Plaintiff has accumulated **THREE STRIKES** and must not file any cases in any federal court without prepaying the $405 filing fee unless he demonstrates that he is under imminent danger of serious physical injury at the time of filing of the complaint, and that danger is fairly traceable to the unlawful conduct of the defendants alleged in the complaint and redressable by the Court.

5.    The Clerk shall issue a final judgment and close each case.

DATED this 19th day of March, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE

---

[2] Docket 11.

[3] Docket 12.

Case No. 3:25-cv-00112-SLG, *James v. Loutzenhiser, et al.*
Case No. 3:25-cv-00130-SLG, *James v. Flowerdew*
Order of Dismissal
Page 2 of 2